UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | |
| Plaintiff, | \* | CIV 04-4130 |
| vs. | \* | |
| | \* | |
| ELMER FINK, JR., a/k/a Elmer Eugene Fink, JEANETTE FINK, BERT GEORGE FINK, ALLIED COLLECTION, ACCOUNTS MANAGEMENT, BRISTOL LIVING TRUST, TRIPLE F LIVING TRUST, and AURORA COUNTY, a political subdivision of the State of South Dakota, | \* | ORDER DENYING MOTION FOR RECONSIDERATION |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ELMER FINK, JR, AND JEANETTE FINK, | \* | |
| Counter-Plaintiffs, | \* | |
| vs. | \* | |
| UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY f/k/a Farmers Home Administration, | \* | |
| Counter-Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants and Counter-Plaintiffs, Elmer Fink, Jr. And Jeanette Fink, have filed a document entitled "Motion for Reconsideration of Memorandum Opinion and Order Re: Declaratory Judgment Motion and Court Consideration of Removal to Court of Lawful Jurisdiction Over Contracts Made by United States Entities." Doc. 57. The Court has considered the matter, and

**IT IS HEREBY ORDERED** that the "Motion for Reconsideration of Memorandum Opinion and Order Re: Declaratory Judgment Motion and Court Consideration of Removal to Court of Lawful Jurisdiction Over Contracts Made by United States Entities" (Doc. 57) is denied.

...

Dated this 3rd day of January, 2007.

BY THE COURT:

*[signature]*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: *[signature]* Shelly Margulies
(SEAL)  DEPUTY